U.S. Department of Justice

Eastern District of California
United States Attorney
McGregor W. Scott
United States Attorney

501 I Street, Suite 10-100                  916/554-2700

Sacramento, California 95814                Fax 916/554-2900
                                            TTY 916/554-2855

December 12, 2005

Honorable Dale A. Drozd
U. S. Magistrate Judge
501 I Street
Sacramento, California  95814

    Re:   United States v. Alejandro Santana
         Magistrate # 00-245-DAD
         Unlawful Flight to Avoid Prosecution

Dear Magistrate Drozd:

    There was filed before you, on September 18, 2000, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the subject was located and arrested in Mexico, was extradited, and is in the custody of local authorities.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                   Very truly yours,

                   McGREGOR W. SCOTT
                   United States Attorney

                   By /S/ THOMAS E. FLYNN
                      THOMAS E. FLYNN
                   Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: December 13, 2005.

                   /s/ Dale A. Drozd
                   DALE A. DROZD
                   UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/santana0245.ord

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | MAGISTRATE NO. 00-245-DAD |
| | ) | |
| v. | ) | |
| | ) | |
| ALEJANDRO SANTANA | ) | |
| | ) | |
|     Defendant(s). | ) | |
| | ) | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on <u>December 12, 2005</u> she served a copy of the attached:

Motion to Dismiss; Proposed Order

by placing said copy into the interoffice mail.

    Federal Defender's Office

    United States Marshal's Office

    /S/ Patsy Silva
    Patsy Silva